21199. SAPP *v.* THE STATE.

BLOODWORTH, J. The defendant's conviction of possessing whisky was authorized by the evidence, and his motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1931.

*W. A. Morgan, W. E. Perry,* for plaintiff in error.
*C. J. Taylor, solicitor,* contra.